*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 18-BG-890**

IN RE PHILIP JAMES LAYFIELD

**2018 DDN 93**

A Suspended Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 469902**

BEFORE: Thompson and Deahl, Associate Judges, and Nebeker, Senior Judge.

# **O R D E R**
(FILED— August 27, 2020)

On consideration of the certified order from the Supreme Court of California disbarring respondent from the practice of law in that jurisdiction; this court's June 22, 2020, order directing respondent to show cause why reciprocal discipline should not be imposed and continuing his interim suspension imposed on September 5, 2020; and the statement of Disciplinary Counsel; no response having been filed by respondent; and it appearing respondent has not filed his D.C. Bar R. XI, §14(g) affidavit, it is

ORDERED that Philip James Layfield is hereby disbarred from the practice of law in the District of Columbia. It is

FURTHER ORDERED that for purposes of reinstatement respondent's disbarment will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

**PER CURIAM**